**Order filed November 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00857-CV
_____

## SHAWNERVIN BRAGGS, Appellant

## V.

## ERIK MATTHEW SONGER, Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1113174**

## O R D E R

Appellant's brief was due November 5, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 5, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM